1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    NEIL A. JOHNSON,                          No. 2:15-cv-1259-MCE-EFB P

12                    Plaintiff,

13         v.                                    ORDER

14    STATE OF CALIFORNIA,

15                    Defendant.

16

17         Plaintiff is a county inmate proceeding without counsel in an action brought under 42

18    U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28

19    U.S.C. § 636(b)(1).  On January 27, 2016, plaintiff's complaint was dismissed with leave to

20    amend.  That order explained the deficiencies in the complaint and granted plaintiff thirty days to

21    file an amended complaint to cure the deficiencies identified in the screening order.  Plaintiff was

22    admonished that failure to file an amended complaint would result in a recommendation that this

23    action be dismissed. ECF No. 8.  On March 16, 2016, when plaintiff failed to timely file an

24    amended complaint, the undersigned issued findings and recommendations recommending that

25    this action be dismissed for failure to prosecute and failure to state a claim upon which relief may

26    be granted.  ECF No. 10.

27         Plaintiff filed objections on March 31, 2016, in which he apologizes for failing to timely

28    file his amended complaint and states his desire to continue litigating the case.  Plaintiff's

1    objections, construed as a request for extension of time, is granted, to the extent that the court will

2    hold the findings and recommendations in abeyance for a period of 30 days.

3          The court notes that preparing an amended complaint does not require extensive legal

4    research, as it should not contain any legal citations, but only a short and plain statement of the

5    facts showing that plaintiff is entitled to relief.

6          Accordingly, IT IS HEREBY ORDERED that the March 16, 2016 findings and

7    recommendations are held in abeyance, and plaintiff has 30 days from the date of this order to

8    submit the amended complaint.  Should plaintiff fail to timely comply, those findings and

9    recommendations will be submitted to the district judge for consideration.

10   DATED:   May 5, 2016.

11                              _____
                               EDMUND F. BRENNAN
12                              UNITED STATES MAGISTRATE JUDGE

2